# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

| United States of America | )
| v. | )
| IVAN DARWIN ANCHUNDIA PINCAY | )

Case No. MJ 21-0178-B

AGENCY: USAO
FID#11359465
USMS#75897-509
WARRANT#2203-1124-0499-J

Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   IVAN DARWIN ANCHUNDIA PINCAY

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 46 U.S.C. 70503: An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States.

Title 46 U.S.C. 70506(b): Conspiracy to violate Title 46 U.S.C. 70503

Date: November 19, 2021

_____
Issuing officer's signature

City and state:   Mobile, Alabama

Sonja F. Bivins, U.S. Magistrate Judge
Printed name and title

---

### Return

| This warrant was received on (date) | 11/19/2021 | , and the person was arrested on (date) | 12/02/2021 |

at (city and state)   Fort Lauderdale, FL

Date:   12/02/2021

_____
Arresting officer's signature

Andrea Jenkins - Investigative Analyst
Printed name and title